RECEIVED

MAR - 8 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____________ DIVISION

Chyrie Howard
(Enter Above the Name of the Plaintiff in this Action)

vs.

1:21CV159

City Hall
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

J. McFARLAND

MJ. LITKOVITZ

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Chyrie Howard
Name - Full Name Please - PRINT

28 Clay St
Street Address

Cincinnati, OH 45217
City, State and Zip Code

513-226-2686
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Cincinnati
Name - Full Name Please
801 Plum St Cincinnati, Oh 45202
Address: Street, City, State and Zip Code

2. ____________________

____________________

3. ____________________

____________________

4. ____________________

____________________

5. ____________________

____________________

6. ____________________

____________________

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _______
[Other federal status giving the court subject matter jurisdiction.]

## III. Statement of Claim

**Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.**

**Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.**

(1) law enforcement not responding to an emergency in a timely manner or not at all (2) law enforcement not filing police reports completely or not at all (3) Being told in person by law enforcement officers that police reports were dismissed (4) law enforcement officers demonstrating aggressive behaviors. (5) I've expressed my concerns with Sargents (6) unable to file reports (police reports at distric police stations.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

To protect and serve, to respect life and liberty humanity, Integrity, profess-ionalism, conducting interviews, preparing written reports, Ability to exercise Judgement in determinating when to use force and to what degree, Maintaining law and order, wanting to feel safe in the community, knowing my concerns have been properly met without retalli-ation

I state under penalty of perjury that the foregoing is true and correct. Executed on

this ____ day of ________________, 20___.

[signature]

Signature of Plaintiff

# CINCINNATI POLICE DEPARTMENT INCIDENT REPORT

OFFENSE NUMBER 209009027.03

## ADMINISTRATIVE

| DISTRICT | BEAT | RPT. AREA | CAR NO. | CLEARANCE | |
|---|---|---|---|---|---|
| 3 | 2 | 258 | 3121 | K--UNFOUNDED | |
| TOD 10:58 | OFFENSE | | | CLEARANCE DATE 07/02/2020 00:00 | CLEARED BY: 10642 - WILLIAMS, REGINA B. |
| TOA 11:11 | | | | | |
| TOC 11:30 | CAD No. CPD200502000482 | | | | |

| INCIDENT OCCURRED FROM (MONTH DAY YEAR TIME) | INCIDENT OCCURRED TO (MONTH DAY YEAR TIME) | REPORT DATE/TIME (MONTH DAY YEAR TIME) |
|---|---|---|
| 05/02/2020 10:55 | 05/02/2020 10:58 | 05/02/2020 11:31 |

| INCIDENT LOCATION (Street, Apt., City, State, Zip) | HATE/BIAS | EXPLAIN |
|---|---|---|
| 1872 SUNSET AV CINC, OH 45238 | No | N--No Bias/Not Applicable |
| CIS NOTIFIED / WHOM NOTIFIED | REPORT FAXED | TELETYPE NO |
| | | |

## OFFENSE

| OFFENSE CODE & DESCRIPTION | A/C | F/M & DEGREE | LARCENY TYPE |
|---|---|---|---|
| 2903-21 (13C) -AGGRAVATED MENACING | COMPLETED | M1 | |

LOCATION CODE (Enter up to two from chart): 1. 48-PARKING LOT 2.

METHOD OF ENTRY – BURGLARY/B&E

| METHOD OF ENTRY | ENTRY | ENTRY | ENTRY |
|---|---|---|---|
| No. Of Premises Entered: | EXIT | EXIT | EXIT |

DIRECTION OF ENTRY 1

DIRECTION OF ENTRY 1

METHOD OF OPERATION
12-Carries Gun
89-Points Gun At Victim

VICTIM #1/REPORTEE SAME Yes

## VICTIM

| NO. | TOTAL VICTIMS | VICTIM TYPE |
|---|---|---|
| 1 | 1 | I--Individual |

| NAME (LAST, FIRST, MIDDLE) | SEX | RACE | AGE/DOB | HGT | WGT |
|---|---|---|---|---|---|
| HOWARD, CHYRIE DENISE | FEMALE | BLACK | 33 12/16/1986 | 5' 4" | 180 |

| ADDRESS, CITY, STATE & ZIP CODE | PHONE | SSN | HAIR | EYES |
|---|---|---|---|---|
| 1872 Sunset Ave #13, CINC, OH 45238 | MOBILE - ( [redacted] | <REDACTED> | BROWN | BROWN |

| EMPLOYER NAME AND ADDRESS | OCCUPATION | Is MRDD |
|---|---|---|
| | | NO |

| VICTIM BOOKLET | VICTIM INJURED | IF INJURED, DESCRIBE | MEDICAL ATTENTION TRANS. TO: BY: |
|---|---|---|---|
| No | No | 0-NONE | |

| AGG. ASLT: HOMICIDE: | RESIDENT STATUS | VICTIM TO SUSPECT RELATIONSHIP | VICTIM/OFFENSE LINK |
|---|---|---|---|
| | RESIDENT | NE--NEIGHBOR, | 1 |

My signature verifies that the information on this report is accurate and true | Date

## NARRATIVE

UNKNOWN SUSPECT AND VICTIM GOT IN A VERBAL ARGUMENT AT THE GAS STATION. THE VICTIM AND SUSPECT THEN RAN INTO EACH OTHER OUTSIDE THEIR APARTMENTS AND SUSPECT POINTED A GUN AT THE VICTIM. VICTIM FELT THAT SHE WAS IN FEAR FOR HER LIFE.

**SUPPLEMENT ADDING SUSPECT INFORMATION**

CLOSURE

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| 34951 - HALLMAN, NATHAN A. | P0402 | 05/02/2020 11:31 |
| APPROVING OFFICER | BADGE NO. | DATE |
| 13909 - LAMBERT, SHAUNA J. | S0534 | 05/02/2020 |

| FOLLOW-UP? | If yes, follow-up assignment |
|---|---|
| Yes | 10642 - WILLIAMS, REGINA B. - OFFICER ASSIGNED TO CASE |

| ADDITIONAL SUPPLEMENTS | FORM RECEIVED BY | SPECIAL COPIES |
|---|---|---|
| | | |