**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| CHYRIE HOWARD, | : | Case No. 1:21-cv-159 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| CITY HALL, | : | |
| | : | |
| Defendant. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 4)

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b).  No objections have been filed.  The time for filing such objections under Fed. R. Civ. P. 72(b) has expired.  The Court thus **ADOPTS** the Report in its entirety, **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore **DENIES** plaintiffs leave to appeal *in forma pauperis*.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds, Jones v. Bock*, 549 U.S. 199, 203 (2007).  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.  *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).  This action is hereby **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND