IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHYRIE HOWARD, | : | Case No. 1:21cv159 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CITY HALL, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** as follows:  The Court ADOPTS the Report in its entirety, CERTIFIES pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore DENIES plaintiffs leave to appeal *in forma pauperis. See McGore v. Wrigglesworth, 114 F.3d 601, 611 (6th Cir. 1997), overruled on other grounds, Jones v. Bock,* 549 U.S. 199,203 (2007). Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).  This action is hereby TERMINATED on the Court's docket.

May 11, 2021.

Richard W. Nagel, Clerk of Court<br>
By: <u>/s/ Kellie A. Fields</u><br>
Deputy Clerk